COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-326-CR
 

DAVID ASATI ANUNDA        APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 396
TH
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  The motion is granted.  We withdraw the opinion and judgment of October 30, 2008, and dismiss the appeal.  
See
 Tex. R. App. P. 42.2(b)
;
 Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  
CAYCE, C.J.; WALKER,
 and MCCOY, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: November 20, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.